UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JERMAINE COLLINS,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

3:12-cv-00661-RCJ-WGC

**ORDER**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint. Plaintiff must either submit the filing fee or submit an application to proceed *in forma pauperis* when initiating an action in this Court.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new complaint in a new action. The Clerk of the Court shall enter judgment accordingly.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the

1  same.

2  **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*
3  application in a new action, but he may not file further documents in this action.

4  **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

5  Dated this 15th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE